UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JACQUELINE MILLER,

        Plaintiff,

v.

DAVID F. MILLER, *et al.*,      Civil No.

        Defendants.



## NOTICE OF REMOVAL

Defendants David F. Miller, and Feldman Brothers, Inc., by their undersigned attorneys, pursuant to 28 U.S.C. §1441 et seq., hereby give notice of the removal of the case of Jacqueline Miller v. David F. Miller, et al., Wicomico County Case No. 22-C-08-001063, from the Circuit Court of the State of Maryland for Wicomico County to the United States District Court for the District of Maryland, and for grounds states as follows:

### FACTUAL BACKGROUND

1. On or about August 5, 2008 plaintiff Jacqueline Miller filed suit against the defendants in a case styled Miller v. Miller, Wic. Co. Cir. Ct. Case No. 22-C-08-001063 (the "Wicomico County Action"). The complaint sought damages in the amount of at least $100,000.00, exclusive of costs and interest, as well as certain non-monetary relief.

2. The defendants first received a copy of the complaint filed in the Wicomico County Action on August 31, 2008. A copy of the complaint as filed in the Wicomico County Action is attached hereto as Exhibit A.

3. Because the Wicomico County Action is a civil action where the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens

of different states[1], the action is one of which the District Courts of the United States has original jurisdiction pursuant to 28 U.S.C. §1332(a).

4.  The defendants wish to exercise their rights under 28 U.S.C. §1441 *et seq.* to remove the Wicomico County action to the United States District Court for the District of Maryland. This Notice of Removal is filed within 30 days after the receipt by the defendants, through service or otherwise, of a copy of the complaint.

## GROUNDS FOR REMOVAL

5.  The plaintiff was a citizen of the state of New Jersey both at the time she filed the Wicomico County Action and the filing by the defendants of this Notice of Removal.

6.  The defendants are and were at all relevant times citizens of the state of Maryland.

7.  Pursuant to 28. U.S.C. §1332, the District Courts of the United States have original jurisdiction of all civil actions where the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and is between citizens of different states. The plaintiff, a New Jersey citizen, claims more than $75,000 from the defendants, both Maryland citizens, in a civil action. This Court therefore has original jurisdiction of the claims asserted in the Wicomico County Action.

8.  28 U.S.C. §1446 provides that upon filing a Notice of Removal with a District Court of the United States for the District in which the subject action is pending, and upon giving written notice thereof to all adverse parties, the filing of a copy of a Notice of Removal with the

---

[1] According to the complaint Jacqueline Miller is a resident of the State of New Jersey. Mr. Miller resides in Salisbury, Maryland. Defendant Feldman Brothers, Inc. is a Maryland corporation with its principal place of business in Maryland, and thus is a citizen of Maryland for removal purposes.

clerk of the state court shall effect the removal of the action. A copy of the written notice to all adverse parties is attached hereto as Exhibit B.

WHEREFORE, Defendants David F. Miller and Feldman Brothers, Inc. request that this action proceed in the United States District Court for the District of Maryland pursuant to 28 U.S.C. §1441 et. seq.

John M.G. Murphy
The Law Office of John M.G. Murphy. LLC
20 South Charles Street, Suite 702
Baltimore, MD 21201
410-244-6700
jmurphy@johnmgmurphylaw.com

*Attorneys for Defendant*